UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO RENT STABILIZATION AND ARBITRATION BOARD,<br><br>    Defendant.<br>_____/ | No. C 06-4842 SBA (WDB)<br><br>and Related Case Nos.<br>  C 07-4446 SBA (WDB)<br>  MC 07-80166 SBA (WDB)<br><br>ORDER TO SHOW CAUSE |

On April 4, 2007, District Judge Armstrong ordered the parties in the lead action (C06-4842 SBA) to participate in a settlement conference between January 9 and January 18, 2008. Pursuant to that Order, the undersigned caused to be issued a Clerk's Notice of Settlement Conference, dated October 10, 2007, which included the following orders to the parties and their lawyers: (1) by no later than January 8, 2008, lodge with the undersigned a Confidential Settlement Conference Statement and (2) through lead trial counsel and a representative of the client who has full authority to negotiate and settle the case, appear at the settlement conference in Courtroom 4 of the federal courthouse in Oakland, California, on January 17, 2008. Per order dated October 10, 2007, District Judge Armstrong referred the related actions (C07-4446 SBA and former miscellaneous action C07-mc-80166 SBA (terminated on 8/28/07)) to the undersigned for a settlement conference.

1

On October 17, 2007, Plaintiff Vance S. Elliott, appearing pro se, filed, but did not serve, a Motion to Withdraw from the Court-ordered settlement conference. Mr. Elliott's attempt to withdraw from the required settlement conference was ineffective: Mr. Elliott did not appear to serve his Motion to Withdraw on defense counsel, he did not seek an order vacating the settlement conference, and he was not excused from appearing.

By a subsequent Clerk's Notice dated October 26, 2007, the settlement conference in the related cases was duly noticed for January 17, 2008, and notification was mailed to Mr. Elliott. In that notice, the clerk of this Court noted that Mr. Elliott filed a motion to withdraw, and noted that he "may be excused from the settlement conference only by order of the Court." On January 17, 2008, defendants and their attorney appeared for the settlement conference; Mr. Elliott did not appear. Nor did Mr. Elliott lodge a confidential statement in advance of the settlement conference. Earlier this week, because Mr. Elliott had not submitted a settlement conference statement, the clerk of the Court considered contacting Mr. Elliott but could not do so because he did not provide the Court with a telephone number where he could be reached.

The Court is aware that Mr. Elliott is representing himself and does not have the benefit of legal counsel. However, when the Court orders the parties to submit statements and appear in Court, it is foreseeable that defendant and defense counsel would expend the necessary time and resources to submit the required statements and make the required appearances. When plaintiff fails to do so, it is foreseeable that his failure to comply with the Court's orders would result in defendant wasting time and resources and incurring fees and expenses unjustifiably.

Given the matters described in the preceding paragraphs, the Court hereby ORDERS plaintiff Vance S. Elliott TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR (1) failing to submit a confidential statement, and (2) failing to appear at the settlement conference. In response to this Order, Mr. Elliott shall do the following:

1. By February 8, 2008, Mr. Elliott must file and serve on defense counsel a writing that explains in detail why, without permission from the Court, he did not submit a confidential written settlement conference statement and why he did not appear at the Court-ordered settlement conference;

2. Mr. Elliott must appear at 1:00 p.m., on FRIDAY, FEBRUARY 15, 2008, in Courtroom 4 of the United States Courthouse in Oakland, California, to address the Court's questions and concerns.

IT IS SO ORDERED.

Dated: January 18, 2008

WAYNE D. BRAZIL
United States Magistrate Judge

cc: Vance S. Elliott, Pro Per
Sherri Sokeland Kaiser, Office of the City Attorney
SBA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>        Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO RENT STABILIZATION AND ARBITRATION BOARD,<br><br>        Defendant. | Case Number: C06-4842 SBA (WDB)<br>C07-04446 SBA (WDB)<br>MC 07-80166 SBA (WDB)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on January 18, 2008, I SERVED a true and correct copy(ies) of the attached Order to Show Cause, by placing said copy(ies) in a postage paid envelope addressed to each of the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Sherri Sokeland Kaiser
Office of the City Attorney
#1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, CA 94102-4682

Vance S. Elliott
The Baldwin House #227
74 Sixth Street
San Francisco, CA 94103

Dated: January 18, 2008

Richard W. Wieking, Clerk
United States District Court

By:   Hera Kim
       Law Clerk/ Deputy Clerk